UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:   Frank Stanley Doleman, III                     Case no. 10-73369-SCS
                                                        Chapter 7
         Debtor.

REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | $4.63 |
| **TOTAL** | **$4.63** |

Dated: September 22, 2011

/s/ Carolyn L. Camardo
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 09/22/11 03:42 PM

# Claims Distribution Small Checks

Page: 1

Case: 10-73369 - DOLEMAN, FRANK STANLEY, III

Trustee: CAROLYN L. CAMARDO (660050)

| Account No. | Check No. | Issued | Claim No. | Filed | Payee / Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920011209003866 | 113 | 09/22/11 | 10 | 11/05/10 | Payee: U.S. Bankruptcy Court / 610 | BB&T Bankruptcy | 100.39 | 100.39 | | $4.63 |
| | | | | | | Check Amount: | | | 4.63 | 4.63 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this September 22, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

*Carolyn L. Camardo, Trustee*